CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Amanda Lockhart Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

TINA L. MANGARPAN (SBN:. 117898)
tina@fwhb.com
FORD, WALKER, HAGGERTY & BEHAR
One World Trade Center
Twenty-Seventh Floor
Long Beach, California 90831-2700
Telephone: (562) 983-2500
Facsimile: (562) 983-2555
Attorneys for Defendant
Queen City Investments, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG,<br><br>       Plaintiff,<br><br>   v.<br><br>QUEEN CITY INVESTMENTS, INC., a California Corporation; and Does 1-10,<br><br>       Defendants | Case: 2:20-CV-00243-DSF-AFM<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: May 21, 2020          CENTER FOR DISABILITY ACCESS

                                          By: /s/Amanda Lockhart Seabock
                                               Amanda Lockhart Seabock
                                               Attorneys for Plaintiff

Dated: May 21, 2020          FORD, WALKER, HAGGERTY & BEHAR

                                          By: /s/ Tina I. Mangarpan
                                             Tina I. Mangarpan
                                             Attorneys for Defendant
                                             Queen City Investments, Inc.

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Tina I. Mangarpan, counsel for Queen City Investments, Inc., and that I have obtained Ms. Mangarpan's authorization to affix her electronic signature to this document.

Dated: May 21, 2020                    CENTER FOR DISABILITY ACCESS

                                             By: /s/ Amanda Lockhart Seabock
                                                   Amanda Lockhart Seabock
                                                   Attorneys for Plaintiff